ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration, Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WAYNE K. EARLY, | ) No. 2:11-cv-08320-RZ |
| | ) |
| Plaintiff, | ) [PROPOSED] JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court orders and adjudges that judgment in favor of Plaintiff is hereby entered.

Date: October 31, 2013

<u>Stephen J. Hillman</u>
For HON. RALPH ZAREFSKY
United States Magistrate Judge