1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Wayne K. Early

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  WAYNE K. EARLY,                ) Case No.: CV 11-08320 RZ
                                   )
12         Plaintiff,              ) [PROPOSED] ORDER AWARDING
                                   ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                         ) ATTORNEY FEES AND EXPENSES
                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN, Acting      ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,) U.S.C. § 1920
15                                 )
           Defendant               )
16                                 )
    _____    )

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

    Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $3,100.00 as
20
    authorized by 28 U.S.C. § 2412 and costs in the amount of $0.00 as authorized by
21
    28 U.S.C. § 1920, be awarded ~~subject to the terms of the Stipulation~~ to Plaintiff.
22

23
    DATE:  January 28, 2014
24
                                    _____
25                                  THE HONORABLE RALPH ZAREFSKY
                                    UNITED STATES MAGISTRATE JUDGE
26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ Steven G. Rosales
   _____
4  Steven G. Rosales
   Attorney for plaintiff Wayne K. Early

-2-